United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OMAR DANIEL TRUJILLO-DIAZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-583 |
| | § | |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Omar Daniel Trujillo-Diaz filed this habeas action while detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. Petitioner was then transferred to a detention facility in New Mexico. Once there, he filed a separate habeas petition in the District of New Mexico, which granted habeas relief. Petitioner was then released from custody.

In light of these developments, Respondents move to dismiss this habeas action as moot. (Motion, Doc. 6) The Court finds that good cause supports the requested relief.

Accordingly, it is:

**ORDERED** that Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot (Doc. 6) is **GRANTED**; and

**ORDERED** that Petitioner Omar Daniel Trujillo-Diaz's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED** as moot.

The Clerk of Court is directed to close this case.

Signed on November 12, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge